UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Betty Ann Schwartz
Mark J. Schwartz

Case No.: ___19-20932 JNP___

Chapter: ___13___

Hearing Date: _____

Judge: ___Jerrold N. Poslusny___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 2/15/2021 as a supplement to claim#16

Date: 2/18/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*