B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

 New Jersey  District Of  New Jersey 

In re   Mark J. Schwartz and Betty Ann Schwartz *aka* Betty Ann Rose          Case No.  19-20932-jnp 

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Roundpoint Mortgage as servicer for Matrix Financial Services Corporation | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Roundpoint Mortgage Servicing Corporation
446 Wrenplace Road
Fort Mill, SC 29715
Phone: (877) 426-8805
Last Four Digits of Acct #: 9786

Court Claim # (if known): 16
Amount of Claim: $95,462.61
Date Claim Filed: 02/10/2020

Phone: (877) 343-5602
Last Four Digits of Acct. #: 6603

Name and Address where transferee payments should be sent (if different from above):
Roundpoint Mortgage Servicing Corporation
P.O. Box 19409
Charlotte, NC 28219-9409
Phone: (877) 426-8805
Last Four Digits of Acct #: 9786

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:_____
      Transferee/Transferee's Attorney

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

<u>　New Jersey　</u> District Of <u>　New Jersey　</u>

In re <u>Mark J. Schwartz and Betty Ann Schwartz aka Betty Ann Rose</u> Case No. <u>　19-20932-jnp　</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>16</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>01/08/21</u> (date).

|  |  |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
|  | Matrix Financial Services Corporation |
| Nationstar Mortgage LLC d/b/a Mr. Cooper |  |
| Address of Alleged Transferor: | Address of Transferee: |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | Roundpoint Mortgage Servicing Corporation |
| P.O. Box 619069 | 446 Wrenplace Road |
| Dallas, TX 75261-9741 | Fort Mill, SC 29715 |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                    _____
                                                                                      **CLERK OF THE COURT**