Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-20932 (JNP)

Mark J. Schwartz and Betty Ann Schwartz  
2406 Chestnut Hill Drive  
Cinnaminson, NJ  08077

Monthly Payment: $450.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $450.00 | 02/07/2022 | $450.00 | 03/02/2022 | $450.00 | 04/04/2022 | $450.00 |
| 05/05/2022 | $450.00 | 06/13/2022 | $450.00 | 07/05/2022 | $450.00 | 08/08/2022 | $450.00 |
| 09/06/2022 | $450.00 | 10/06/2022 | $450.00 | 11/14/2022 | $450.00 | 12/12/2022 | $450.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK J. SCHWARTZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | MATRIX FINANCIAL SERVICES CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ANDREWS FEDERAL CRED U | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT, LLC | 33 | $1,642.83 | $106.33 | $1,536.50 | $39.68 |
| 4 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BURLINGTON ANESTHESIA ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $4,366.37 | $282.63 | $4,083.74 | $105.47 |
| 7 | JPMORGAN CHASE BANK, N.A. | 24 | $100.00 | $100.00 | $0.00 | $80.20 |
| 8 | LVNV FUNDING, LLC | 33 | $7,528.13 | $487.27 | $7,040.86 | $181.85 |
| 9 | CLASSIC AUTO SERVICE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | COMENITY CAPITAL BANK/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER BANK | 33 | $8,809.24 | $570.17 | $8,239.07 | $212.79 |
| 12 | ROUNDPOINT MORTGAGE SERVICING CORPORATION | 24 | $2,396.66 | $2,396.66 | $0.00 | $1,922.08 |
| 13 | FIRST NATIONAL BANK OF OMAHA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $6,258.99 | $405.14 | $5,853.85 | $151.20 |
| 15 | FROST-ARNETT COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JH PORTFOLIO DEBT EQUITIES LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LARCHMONT IMAGING ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LYONS, DOUGHTY & VELDHUIS, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SALLIE MAE BANK | 33 | $21,958.94 | $1,421.30 | $20,537.64 | $530.45 |
| 20 | SALLIE MAE BANK | 33 | $11,012.28 | $712.77 | $10,299.51 | $266.01 |
| 21 | SHERMAN ORIGINATOR III LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | BETTY ANN SCHWARTZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JOSEPH D. MARCHAND, ESQUIRE | 13 | $1,140.00 | $1,140.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE BANK USA, N.A. | 33 | $12,263.06 | $793.73 | $11,469.33 | $296.23 |
| 29 | VERIZON BY AMERICAN INFOSOURCE | 33 | $140.18 | $9.07 | $131.11 | $3.38 |
| 30 | SYNCHRONY BANK | 33 | $228.75 | $14.80 | $213.95 | $5.52 |
| 31 | SALLIE MAE BANK | 33 | $14,548.71 | $941.67 | $13,607.04 | $351.45 |
| 32 | SALLIE MAE BANK | 33 | $5,498.30 | $355.89 | $5,142.41 | $132.82 |
| 33 | SALLIE MAE BANK | 33 | $8,526.57 | $551.88 | $7,974.69 | $205.97 |
| 34 | SALLIE MAE BANK | 33 | $8,427.04 | $545.44 | $7,881.60 | $203.56 |
| 35 | SALLIE MAE BANK | 33 | $10,670.82 | $690.67 | $9,980.15 | $257.76 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 2.00 | $0.00 |
| 03/01/2020 | Paid to Date | $994.00 |
| 04/01/2020 | 57.00 | $450.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,400.00 |
| Total paid to creditors this period: | $4,946.42 |
| Undistributed Funds on Hand: | $411.30 |
| Arrearages: | $104.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**