B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Debtor 1: Mark J. Schwartz                              Case No. 19-20932-JNP

      Debtor 2: Betty Schwartz,

      aka Betty Ann Rose

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TH MSR Holdings LLC  FKA Matrix Financial Services Corporation | Matrix Financial Services Corporation |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>RoundPoint Mortgage Servicing LLC<br>446 Wrenplace Road<br>Fort Mill, SC 29715 | Court Claim # (if known): 16<br>Amount of Claim: $95,462.61<br>Date Claim Filed: 02/10/2020 |
| Phone: 877-426-8805<br>Last Four Digits of Acct #: 9786 | Phone: 877-426-8805<br>Last Four Digits of Acct. #: 9786 |
| Name and Address where transferee payments should be sent (if different from above):<br>Roundpoint Mortgage Servicing LLC<br>PO Box 19409<br>Charlotte, NC 28219 | |
| Phone:<br>Last Four Digits of Acct #: 9786 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Christopher Giacinto   As Authorized Agent                Date:   11/19/2024
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.