Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–20932–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark J. Schwartz
2406 Chestnut Hill Drive
Cinnaminson, NJ 08077

Betty Ann Schwartz
aka Betty Ann Rose
2406 Chestnut Hill Drive
Cinnaminson, NJ 08077

Social Security No.:
xxx–xx–4635

xxx–xx–7297

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Mark J. Schwartz and Betty Ann Schwartz
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 10, 2025
JAN: dmb

Jeanne Naughton, Clerk