Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−20932−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark J. Schwartz | Betty Ann Schwartz |
| 2406 Chestnut Hill Drive | aka Betty Ann Rose |
| Cinnaminson, NJ 08077 | 2406 Chestnut Hill Drive |
| | Cinnaminson, NJ 08077 |

Social Security No.:
  xxx−xx−4635    xxx−xx−7297

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Mark J. Schwartz and Betty Ann Schwartz
       Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 10, 2025
JAN: dmb

                                              Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-20932-JNP

Mark J. Schwartz                                                                                   Chapter 13

Betty Ann Schwartz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                                                Page 1 of 2
Date Rcvd: Feb 10, 2025   Form ID: ntcfncur                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

**Recip ID         Recipient Name and Address**
db/jdb            + Mark J. Schwartz, Betty Ann Schwartz, 2406 Chestnut Hill Drive, Cinnaminson, NJ 08077-3623

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025                       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

**Name                Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Ashley Pascuzzi
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Matrix Financial Services Corporation apascuzzi@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor Matrix Financial Services Corporation cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Matrix Financial Services Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: ntcfncur | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jerome Blank
    on behalf of Creditor Matrix Financial Services Corporation jblank@pincuslaw.com  amautz@pincuslaw.com

Laura M. Egerman
    on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Betty Ann Schwartz ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Mark J. Schwartz ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hinshawlaw.com

Sarah K. McCaffery
    on behalf of Creditor Matrix Financial Services Corporation smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

Steven P. Kelly
    on behalf of Creditor Matrix Financial Services Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Edward Miller
    on behalf of Creditor Matrix Financial Services Corporation william.miller@padgettlawgroup.com BKECF@padgettlawgroup.com

TOTAL: 16