| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mark J. Schwartz <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4635 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Betty Ann Schwartz <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7297 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–20932–JNP | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark J. Schwartz

Betty Ann Schwartz
aka Betty Ann Rose

3/11/25

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Mark J. Schwartz  
Betty Ann Schwartz  
    Debtors

Case No. 19-20932-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark J. Schwartz, Betty Ann Schwartz, 2406 Chestnut Hill Drive, Cinnaminson, NJ 08077-3623 |
| cr | + | Matrix Financial Services Corporation, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518275961 | + | Burlington Anesthesia Assoc, PO Box 535513, Atlanta, GA 30353-5594 |
| 518275966 | + | Classic Auto Service LLC, 130 Carriage Lane, Delran, NJ 08075-1235 |
| 518275974 | + | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518275975 | + | Larchmont Imaging Associates, PO Box 8500, Philadelphia, PA 19178-8500 |
| 519067358 | + | Matrix Financial Services Corporation LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619069, Dallas, TX 75261-9069 |
| 519067359 | + | Matrix Financial Services Corporation LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619069, Dallas, TX 75261-9741, Matrix Financial Services Corporation LL Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-906 |
| 519793295 | + | Roundpoint Mortgage Servicing Corporation as servi, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |
| 518279052 | +++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518682162 | + | Virtua Health - MEM, PO Box 5407, Lancaster, PA 17606-5407 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2025 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2025 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518275958 | + | Email/Text: bankrupt@andrewsfcu.org | Mar 11 2025 21:15:00 | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 518275959 | ^ | MEBN | Mar 11 2025 20:56:44 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 518275960 | + | EDI: TSYS2 | Mar 12 2025 00:44:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518275962 | + | EDI: CAPITALONE.COM | Mar 12 2025 00:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518275962 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 21:24:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518622016 | + | EDI: AIS.COM | Mar 12 2025 00:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-20932-JNP    Doc 70    Filed 03/13/25    Entered 03/14/25 00:14:52    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518622016 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 21:23:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518275964 | + | EDI: JPMORGANCHASE | Mar 12 2025 00:44:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224-0696 |
| 518275964 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2025 21:22:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224-0696 |
| 518275965 | + | EDI: CITICORP | Mar 12 2025 00:44:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518275967 | | EDI: WFNNB.COM | Mar 12 2025 00:50:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518275970 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 11 2025 21:15:00 | Dovenmuehle Mortgage, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 518703874 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 11 2025 21:15:00 | Matrix Financial Services Corporation, 1 Corporate Drive, Suite 360, Lake Zurich IL 60047 |
| 518610161 | | EDI: DISCOVER | Mar 12 2025 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518275968 | + | EDI: DISCOVER | Mar 12 2025 00:44:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518275971 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 11 2025 21:15:00 | First National Bank Of Omaha, 1620 Dodge St, Omaha, NE 68102 |
| 518275973 | | Email/Text: bankruptcy@frost-arnett.com | Mar 11 2025 21:13:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219 |
| 518708025 | + | EDI: JPMORGANCHASE | Mar 12 2025 00:44:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518708025 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2025 21:22:02 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518634484 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2025 21:22:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518275976 | + | Email/Text: BKNotice@ldvlaw.com | Mar 11 2025 21:15:00 | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518275978 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 11 2025 21:22:59 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275984 | ^ | MEBN | Mar 11 2025 20:57:34 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 520461175 | | Email/Text: bankruptcy@roundpointmortgage.com | Mar 11 2025 21:15:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 519799273 | | Email/Text: bankruptcy@roundpointmortgage.com | Mar 11 2025 21:15:00 | Roundpoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 519799274 | | Email/Text: bankruptcy@roundpointmortgage.com | Mar 11 2025 21:15:00 | Roundpoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715, Roundpoint Mortgage Servicing Corporatio, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 518700283 | | EDI: SALLIEMAEBANK.COM | Mar 12 2025 00:50:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 518275987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2025 21:24:06 | Sherman Originator III LLC, c/o Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 518691498 | + | EDI: AIS.COM | Mar 12 2025 00:50:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 38 |

| 518691498 | + Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 21:22:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518275963 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518275969 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518275977 | *+ | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518275979 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275980 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275981 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275982 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275983 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275985 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 518275986 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 520461174 | *P++ | ROUNDPOINT MORTGAGE SERVICING CORPORATION, 446 WRENPLACE ROAD, FORT MILL SC 29715-0200, address filed with court:, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 518695487 | *P+++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518275972 | ##+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Matrix Financial Services Corporation apascuzzi@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Matrix Financial Services Corporation cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

Case 19-20932-JNP    Doc 70    Filed 03/13/25    Entered 03/14/25 00:14:52    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 3180W | Total Noticed: 38 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jerome Blank
    on behalf of Creditor Matrix Financial Services Corporation jblank@pincuslaw.com  amautz@pincuslaw.com

Laura M. Egerman
    on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Mark J. Schwartz ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Betty Ann Schwartz ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hinshawlaw.com

Sarah K. McCaffery
    on behalf of Creditor Matrix Financial Services Corporation smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

Steven P. Kelly
    on behalf of Creditor Matrix Financial Services Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Edward Miller
    on behalf of Creditor Matrix Financial Services Corporation william.miller@padgettlawgroup.com
    BKECF@padgettlawgroup.com

TOTAL: 16